(Rev. 2/93)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

2004 JAN 30 A 10: 58

U.S. DISTRICT COURT
HARTFORD, CT.

JAMES W. DELLA CAMERA, Administrator
of the Estate of JAMES A. DELLA CAMERA

V.

ARTHUR BARTLEY, DANIEL TRAVISIANO,
DORANCE JOHNSON, FRANK MYJAK and
NICHOLAS LANGELLO

CASE NUMBER: 3:02 CV 578 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, Nicholas Langello, for the limited purpose of Oral Argument on the defendant's Motion for Summary Judgment before Judge Droney on January 30, 2004.

| | |
|---|---|
| January 30, 2004 | _[signature]_ |
| Date | Signature |
| Ct24353 | Nancy A. Fitzpatrick |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Thomas R. Gerarde, Esq. / Lisa K. Titus, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

W:\East Haven\DellaCamera\Federal Appearance NAF.doc