TOTAL TIME: ___ hours _45_ minutes

DEPUTY CLERK _Dea_

HONORABLE _Droney_

CA cvmlrg (October 17, 2001)

RPTR/ERO/TAPE _marshall_

DATE _1-30-04_

START TIME _11:15_    END TIME _12:00_

LUNCH RECESS FROM ___ TO ___

RECESS FROM ___ TO ___ (if more than 1/2 hour)

_Della Camera_

CIVIL NO. _02CV578 CFD_

vs.

_Bartley, et al_

§
§
§
§
§

☐ SEE ATTACHED CALENDAR FOR COUNSEL

*Plaintiffs Counsel*

_Gerarde_

*Defendants Counsel*

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION**
**DOCUMENT NO.**

☒ .... # Motion _Mot. for Summary Judgment_    ☐ granted ☐ denied ☒ advisement
☐ .... # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .... # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .... # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .... # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .... # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ .... # Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ...... ☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ..... _____    ☐ filed ☐ docketed
☐ ...... _____ Hearing continued until _____ at _____    ☐ filed ☐ docketed