UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES W. DELLA CAMERA<br>Admin. Of the Estate of<br>JAMES A. DELLA CAMERA | : | |
| | : | CASE NO. 3:02cv578 (CFD) |
| v | : | |
| ARTHUR BARTLEY,<br>DANIEL TRAVISANO, FRANK MEYER<br>and NICHOLAS LANGELLO | : | |
| | : | |

### JUDGMENT

This action having come on for consideration of the defendants' Motions for Summary Judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its Ruling granting the defendants' motions; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 14th day of December, 2004.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____